NEW-YORK,<br>May, 1829.<br><br>Chase<br>v.<br>Edwards.

---

### CHASE *vs.* EDWARDS and BULL.

MOTION for judgment as in case of nonsuit. The affidavit of the state of the cause was made by a clerk of the attorney for the defendant, and the copy affidavit served on the plaintiff's attorney contained no *jurat*, for which causes the motion was opposed.

*J. Clizbe,* for defendants.

*F. S. Kinney,* for plaintiff.

*By the Court*, MARCY, J. The *jurat* may be an essential part of the papers served, as without it, facts stated may be unintelligible. The books of practice say that the *officer's name*, but not the *date*, may be omitted. When essential, the *jurat* must be given. The other objection, however, is fatal : the *attorney*, and not the *clerk* in the attorney's office, should make the affidavit, unless a sufficient excuse is offered for the omission. The motion is denied, with costs.

An affidavit on which a motion in court is made, should be made by the attorney, and not by his clerk.<br><br>When a *jurat* is an essential part of an affidavit, it should be stated in the copy served.